UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) 2:06-CR-372-RLH-RJJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | |
| vs. | |
| BART MONTOYA | |
| Defendant. | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#62) on September 27, 2007.  Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: STATE OF NEVADA
Amount of Restitution: $23,000.00

**Total Amount of Restitution ordered:  $23,000.00\*\***

\*\*Joint and Several with co-defendant Lisa Montoya

Dated this  21st  day of November, 2016.

UNITED STATES DISTRICT JUDGE