```
                                                                FILED           RECEIVED
                                                                ENTERED         SERVED ON
                      UNITED STATES DISTRICT COURT                      COUNSEL/PARTIES OF RECORD

                            DISTRICT OF NEVADA
                                                                      NOV 2 1 2016
                                  * * *
                                                                CLERK US DISTRICT COURT
                                                                  DISTRICT OF NEVADA
UNITED STATES OF AMERICA,         )                          BY:                      DEPUTY
                                  )     2:06-CR-372-RLH-RJJ
              Plaintiff,          )
                                  )
vs.                               )
                                  )
BART MONTOYA                      )
                                  )
              Defendant.          )
```

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#62) on September 27, 2007.  Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: STATE OF NEVADA
Amount of Restitution: $23,000.00

**Total Amount of Restitution ordered:  $23,000.00****

**Joint and Several with co-defendant Lisa Montoya

Dated this _21st_ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE